UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:04-CV-109-HLM |
| ) | |
| CBOCS, INC., f/k/a ) | |
| CRACKER BARREL OLD ) | |
| COUNTRY STORE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION OF DISMISSAL**

The United States and CBOCS, Inc., f/k/a Cracker Barrel Old Country Store, Inc. ("the parties") hereby stipulate, based on the audits and reports of the independent consultants and review conducted by the United States, that CBOCS, Inc. has substantially complied with the provisions of this Court's May 18, 2009, Agreed Order (Document 24). The Agreed Order became effective upon entry by the Court on May 18, 2009, and, by its terms, remained effective for fifteen (15) months thereafter, up to and including August 18, 2010 (Document 24 at ¶ 67). On July 23, 2010, the parties moved jointly to extend certain paragraphs of the Agreed Order, including those providing for determinations of substantial compliance

(¶¶ 64, 67) through August 31, 2010. (Document 25). The Court granted that motion on July 28, 2010. (Document 26). Because CBOCS now has achieved substantial compliance, the parties stipulate that the Order will expire as scheduled on August 31, 2010.

Respectfully submitted this 30th day of August, 2010.

For Plaintiff United States of America:

| | |
|---|---|
| SALLY QUILLIAN YATES<br>United States Attorney<br>Northern District of Georgia | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
| | *s/Nancy F. Langworthy* |
| AMY L. BERNE<br>Georgia Bar No. 006670<br>Assistant United States Attorney<br>75 Spring Street SW, Room 600<br>Atlanta, GA 30303<br>Phone: 404-581-6261<br>Fax: 404-581-6150 | STEVEN H. ROSENBAUM<br>Chief<br>DONNA M. MURPHY<br>Deputy Chief<br>NANCY F. LANGWORTHY<br>MAX LAPERTOSA<br>Attorneys<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>Phone: 202-616-8925<br>Fax: 202-514-1116<br>Email: Nancy.Langworthy@usdoj.gov<br>Email: Max.Lapertosa@usdoj.gov |

For Defendant CBOCS, Inc., f/k/a Cracker Barrel Old Country Store, Inc.:

    *s/Michael J. Zylstra*
By:   Michael J. Zylstra
    Vice President, General Counsel
    and Corporate Secretary
    P.O. Box 787
    Hartmann Drive
    Lebanon, TN 37088
    Phone:  615-444-5533
    Fax:  615-443-9279


BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

    *s/David E. Gevertz*
By:   David E. Gevertz, Esq.
    GA Bar No. 292430
    Monarch Plaza, Suite 1600
    3414 Peachtree Road, N.E.
    Atlanta, Georgia 30326-1164
    Phone:  678-406-8736
    Fax:  678-406-8836
    Email:  dgevertz@bakerdonelson.com

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1D**

I hereby certify that this motion complies with the font requirements set forth in Local Rule 5.1C, in that it is written in Times New Roman 14-point font.

*s/Nancy F. Langworthy*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) <br> ) <br>       Plaintiff,   ) <br> ) <br>       v.   ) <br> ) <br> CRACKER BARREL OLD   ) <br> COUNTRY STORE, INC.,   ) <br> ) <br>       Defendant.   ) <br> _____ ) | No. 4:04-CV-109-HLM |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August <u>30</u>, 2010, I filed the foregoing document entitled **Stipulation of Dismissal** via the Court's CM/ECF system, which shall send notice to the following counsel of record:

Nancy F. Langworthy
Max Lapertosa
Attorneys
U.S. Department of Justice
E-mail addresses:   nancy.langworthy@usdoj.gov
                              max.lapertosa@usdoj.gov

                              *s/ Nancy F. Langworthy*